805 A.2d 454

### IN THE MATTER OF JOHN G. MENNIE, AN ATTORNEY AT LAW.

September 19, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–084, concluding that **JOHN G. MENNIE** of **OCEAN,** who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 7.1(a)(1) (making false or misleading communications about a lawyer, the lawyer's services or any matter in which the lawyer has or seeks a professional involvement) and *RPC* 7.1(a)(2) (making false or misleading communications likely to create an unjustified expectation about results the lawyer can achieve), and said **JOHN G. MENNIE** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JOHN G. MENNIE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.